**SEDGWICK LLP**
Ralph A. Guirgis (State Bar. No. 143262)
ralph.guirgis@sedgwicklaw.com
Jim S. Byun (State Bar No. 199966)
jim.byun@sedgwicklaw.com
3 Park Plaza, 17th Floor
Irvine, CA  92614-8540
Telephone:     949.852.8200
Facsimile:     949.852.8282

Attorneys for Defendants
ACE CAPITAL LIMITED, ACE CAPITAL
IV LIMITED, ACE CAPITAL V LIMITED,
BRIT UW LIMITED, and R J KILN & CO
LIMITED (sued as "CERTAIN UNDERWRITERS
AT LLOYD'S, LONDON")

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| PROVIDE COMMERCE, INC.,<br><br>         Plaintiff,<br><br>    v.<br><br>HARTFORD FIRE INSURANCE COMPANY, SENTRY INSURANCE A MUTUAL COMPANY, CERTAIN UNDERWRITERS AT LLOYD'S, LONDON, and DOES 1 – 100,<br><br>         Defendants. | Case No.  **'12 CV 0516 WQH WMC**<br><br>Assigned to:<br><br>**NOTICE OF REMOVAL OF ACTION UNDER 28 U.S.C. § 1441(b) AND DEMAND FOR JURY TRIAL**<br><br>**[DIVERSITY OF CITIZENSHIP]** |

TO THE CLERK OF THE ABOVE-ENTITLED COURT:

PLEASE TAKE NOTICE that Defendants ACE Capital Limited, ACE Capital IV Limited, and ACE Capital V Limited (collectively referred to as "ACE"), Brit UW Limited ("Brit"), and R J Kiln & Co Limited ("Kiln") (collectively with ACE, Brit, and Kiln referred to as "Certain Underwriters subscribing to policy nos. B0713MEDTE0800167 and B0713MEDTE1000167") (sued as "Certain Underwriters At Lloyd's, London") hereby remove

-1-

to this Court the state court action described below, pursuant to 28 U.S.C. §§ 1332, 1441(a) and (b), and 1446. This action is removed from the Superior Court of the State of California for the County of San Diego, to the United States District Court for the Southern District of California (Western Division) on the following grounds.

1. On February 1, 2012, Provide Commerce, Inc. ("Provide Commerce") filed an action in the Superior Court of the State of California, County of San Diego, entitled "PROVIDE COMMERCE, INC., Plaintiff vs. HARTFORD FIRE INSURANCE COMPANY, SENTRY INSURANCE A MUTUAL COMPANY, CERTAIN UNDERWRITERS AT LLOYD'S, LONDON, and DOES 1 - 100, Defendants, Verified Complaint for Breach of Contract; Breach of the Implied Covenant of Good Faith and Fair Dealing; Declaratory Relief," bearing Case Number 37-2012-00091666-CU-IC-CTL. A copy of the Complaint, which was served on Certain Underwriters subscribing to policy nos. B0713MEDTE0800167 and B0713MEDTE1000167, is attached hereto as *Exhibit A* (the "Plaintiff's Complaint").

2. ACE and Brit are the underwriters of the Technology Errors and Omissions Insurance and Cyber Liability Insurance Policy No. B0713MEDTE0800167 (the "2008/2009 Policy"), and are the subject of Plaintiff's Complaint for alleged declaratory relief. See *Exhibit A* (¶¶ 10, 26-27, 30, 32, 35, 39, 44-47, 61-65, 78-84, 92-94, and 189-192).

3. ACE, Brit, and Kiln are the underwriters of the Cyber Liability Insurance Policy No. B0713MEDTE1000167 (the "2010/2011 Policy"), and are the subject of Plaintiff's Complaint for alleged declaratory relief. See *Exhibit A* (¶¶ 10, 28-29, 31, 33-35, 39, 44-47, 61-65, 78-84, 92-94, and 189-192).

4. The first date upon which Defendants Certain Underwriters subscribing to policy nos. B0713MEDTE0800167 and B0713MEDTE1000167 were served a copy of the Complaint and Summons was on or about February 3, 2012. A copy of the Summons is attached hereto as *Exhibit B* (the "Summons").

5. The Notice of Removal is timely in that it was filed within thirty (30) days of service on Certain Underwriters subscribing to policy nos. B0713MEDTE0800167 and

1  B0713MEDTE1000167's agent for service of process and within one year of the filing of the
2  Complaint as required by 28 U.S.C. § 1446(b).

## **JURISDICTION**

6.     This action is a civil action over which this Court has original jurisdiction under 28 U.S.C. §1332, and is one which may be removed to this Court by a Defendant pursuant to the provisions of 28 U.S.C. § 1441(b), in that it is a civil action between citizens of different states and the matter in controversy exceeds the sum of $75,000, exclusive of interest and costs.  See *Exhibit A* (¶¶ 126 and 158).

7.     Plaintiff does not set forth the total amount of damages it seeks as a result of its alleged injury, nor is there attached to Plaintiff's Complaint a Statement of Damages.  Plaintiff alleges that Plaintiff's coverage counsel demanded payment of $1,086,508.80 from Sentry Insurance A Mutual Company ("Sentry") in unreimbursed defense costs, of which only $235,541 was paid.  See *Exhibit A* (¶¶ 126 and 140).  Plaintiff also alleges that Plaintiff's counsel also demanded $53,323.34 from Sentry for outstanding defense costs, which was not paid.  See *Exhibit A* (¶¶ 158 and 161).  Plaintiff asserts separate and independent breach of contract claims against Hartford Fire Insurance Company ("Hartford") and Sentry under the terms of their policies for alleged failure to defend underlying claims against Plaintiff.  See *Exhibit A* (¶¶ 162-178).  Plaintiff also asserts separate and independent breach of the covenant of good faith and fair dealing claims against Hartford and Sentry for the alleged failure to defend Plaintiff under their policies, and includes a prayer for punitive damages and attorneys' fees.  See *Exhibit A* (¶¶ 179-188, ¶¶ 3 and 4 of Plaintiff's Prayer for Relief).  Plaintiff also asserts a declaratory relief claim against Certain Underwriters subscribing to policy nos. B0713MEDTE0800167 and B0713MEDTE1000167 for a declaration of Plaintiff's rights to coverage under Certain Underwriters subscribing to policy nos. B0713MEDTE0800167 and B0713MEDTE1000167's 2008/2009 Policy and 2010/2011 Policy.  See *Exhibit A* (¶¶ 189-192).

8. Complete diversity of citizenship exists for the following reasons: Plaintiff is a citizen of the State of Delaware and California, as it is incorporated in the State of Delaware and has its principal place of business in San Diego, California. See *Exhibit A* (¶ 5).

9. Defendant Hartford is a citizen of the State of Connecticut, as it is incorporated in the State of Connecticut and has its principal place of business in Hartford, Connecticut. See *Exhibit A* (¶ 6).

10. Defendant Sentry is a citizen of the State of Wisconsin, as it is incorporated in the State of Wisconsin and has its principal place of business in Steven Points, Wisconsin. See *Exhibit A* (¶ 8).

11. ACE Capital Limited was, at the time of filing of Plaintiffs' Complaint, and still is, a citizen of a foreign state, as it is incorporated in the United Kingdom and has its principal place of business in London, England.

12. ACE Capital IV Limited was, at the time of filing of Plaintiffs' Complaint, and still is, a citizen of a foreign state, as it is incorporated in the United Kingdom and has its principal place of business in London, England.

13. ACE Capital V Limited was, at the time of filing of Plaintiffs' Complaint, and still is, a citizen of a foreign state, as it is incorporated in the United Kingdom and has its principal place of business in London, England.

14. Brit was, at the time of filing of Plaintiffs' Complaint, and still is, a citizen of a foreign state, as it is incorporated in the United Kingdom and has its principal place of business in London, England.

15. Kiln was, at the time of filing of Plaintiffs' Complaint, and still is, a citizen of a foreign state, as it is incorporated in the United Kingdom and has its principal place of business in London, England.

16. Certain Underwriters subscribing to policy nos. B0713MEDTE0800167 and B0713MEDTE1000167 were served with a copy of the Complaint on or about February 3, 2012, and Certain Underwriters subscribing to policy nos. B0713MEDTE0800167 and

1  B0713MEDTE1000167 have not been served with any other pleadings, process or orders in this
2  action.  Hartford and Sentry were also served with the Complaint on or about February 3, 2012.
3  No Defendant is a citizen of the State of California or the State of Delaware.

4        17.     On February 28, 2012, counsel for Hartford contacted counsel for Certain
5  Underwriters subscribing to policy nos. B0713MEDTE0800167 and B0713MEDTE1000167,
6  and informed counsel for Certain Underwriters subscribing to policy nos.
7  B0713MEDTE0800167 and B0713MEDTE1000167 that Hartford was planning on removing
8  this action to the United States District Court for the Southern District.  Certain Underwriters
9  subscribing to policy nos. B0713MEDTE0800167 and B0713MEDTE1000167 informed
10  Hartford that it was in the process of preparing this Notice of Removal, and Hartford agreed to
11  consent and join in the removal by Certain Underwriters subscribing to policy nos.
12  B0713MEDTE0800167 and B0713MEDTE1000167.  Also, counsel for Hartford informed
13  counsel for Certain Underwriters subscribing to policy nos. B0713MEDTE0800167 and
14  B0713MEDTE1000167 that he contacted counsel for Sentry and that counsel for Sentry was
15  undecided on whether it would consent to removal or not given the fact that Hartford was
16  planning on removing the case.

17        18.     Removal is proper to the United States District Court for the Southern District of
18  California as Plaintiff's Complaint was filed in the County of San Diego.

19        19.     Certain Underwriters subscribing to policy nos. B0713MEDTE0800167 and
20  B0713MEDTE1000167 have given written notice of this Notice of Removal to Plaintiff and
21  Hartford and, promptly after filing of this Notice of Removal, shall file a copy with the Clerk of
22  Superior Court for the State of California, County of San Diego from which this action was
23  removed.  Certain Underwriters subscribing to policy nos. B0713MEDTE0800167 and
24  B0713MEDTE1000167 will also provide Sentry with a copy of this Notice of Removal.

25  **CERTAIN UNDERWRITERS SUBSCRIBING TO POLICY NOS.**
26  **B0713MEDTE0800167 AND B0713MEDTE1000167'S DEMAND FOR TRIAL BY JURY**

27

28

-5-

20. Certain Underwriters subscribing to policy nos. B0713MEDTE0800167 and B0713MEDTE1000167 hereby demand a trial by jury in this matter.

WHEREFORE, Defendants Certain Underwriters subscribing to policy nos. B0713MEDTE0800167 and B0713MEDTE1000167 respectfully request that this case proceed before this Court as an action properly removed.

DATED: March 1, 2012

SEDGWICK LLP

By: *[signature]*
Ralph A. Guirgis
Jim S. Byun
Attorneys for Defendants
ACE CAPITAL LIMITED, ACE CAPITAL IV LIMITED, ACE CAPITAL V LIMITED, BRIT UW LIMITED, and R J KILN & CO LIMITED (sued as "CERTAIN UNDERWRITERS AT LLOYD'S, LONDON")