Amber S. Finch (SBN 222321)
Email:   afinch@reedsmith.com
Ashley B. Jordan (SBN 313529)
Email:   ajordan@reedsmith.com
REED SMITH LLP
355 South Grand Avenue
Suite 2900
Los Angeles, CA  90071-1514
Telephone: +1 213 457 8000
Facsimile: +1 213 457 8080

Attorney for Plaintiff and Counter-Defendant THE DEBTOR LIQUIDATION TRUST FOR GUE LIQUIDATION COMPANIES, INC., as successor-in-interest to PROVIDE COMMERCE, INC. and, Counter-Defendant QURATE RETAIL, INC. F/K/A Liberty Media Corporation

# UNITED STATES DISTRICT COURT

# SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| PROVIDE COMMERCE, INC.,<br><br>　　　　　Plaintiff,<br><br>　vs.<br><br>HARTFORD FIRE INSURANCE COMPANY, a Connecticut corporation; SENTRY INSURANCE A MUTUAL COMPANY, a Wisconsin corporation; CERTAIN UNDERWRITERS AT LLOYD'S, LONDON, an unincorporated association; and DOES 1-100, inclusive,<br><br>　　　　　Defendants.<br><br>AND RELATED COUNTERCLAIMS | Case No. 3:12-cv-00516-BAS-DEB<br><br>**NOTICE OF SETTLEMENT**<br><br>Honorable Cynthia Bashant |

TO THE UNITED STATES DISTRICT COURT FOR THE SOUTHERN DISTRICT OF CALIFORNIA:

Plaintiff and Counter-Defendant THE DEBTOR LIQUIDATION TRUST FOR GUE LIQUIDATION COMPANIES, INC., as successor-in-interest to PROVIDE COMMERCE, INC. and Counter-Defendant QURATE RETAIL, INC. F/K/A Liberty Media Corporation hereby notify the Court that the parties have reached a settlement of this case.

The parties will submit a Notice of Dismissal with Prejudice once the appropriate settlement documents have been executed.

DATED:  October 29, 2020

REED SMITH LLP

By: */s/ Amber S. Finch*
Amber S. Finch
Ashley B. Jordan
Attorneys for Plaintiff and Counter-Defendant THE DEBTOR LIQUIDATION TRUST FOR GUE LIQUIDATION COMPANIES, INC., as successor-in-interest to PROVIDE COMMERCE, INC. and, Counter-Defendant QURATE RETAIL, INC. F/K/A Liberty Media Corporation