Amber S. Finch (SBN 222321)
Email:   afinch@reedsmith.com
Ashley B. Jordan (SBN 313529)
Email:   ajordan@reedsmith.com
REED SMITH LLP
355 South Grand Avenue
Suite 2900
Los Angeles, CA  90071-1514
Telephone: +1 213 457 8000
Facsimile: +1 213 457 8080

Attorney for Plaintiff and Counter-Defendant THE DEBTOR LIQUIDATION TRUST FOR GUE LIQUIDATION COMPANIES, INC., as successor-in-interest to PROVIDE COMMERCE, INC. and, Counter-Defendant QURATE RETAIL, INC. F/K/A Liberty Media Corporation

# UNITED STATES DISTRICT COURT

# SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| PROVIDE COMMERCE, INC.,<br><br>Plaintiff,<br><br>vs.<br><br>HARTFORD FIRE INSURANCE COMPANY, a Connecticut corporation; SENTRY INSURANCE A MUTUAL COMPANY, a Wisconsin corporation; CERTAIN UNDERWRITERS AT LLOYD'S, LONDON, an unincorporated association; and DOES 1-100, inclusive,<br><br>Defendants.<br><br>AND RELATED COUNTERCLAIMS | Case No. 3:12-cv-00516-BAS-DEB<br><br>**JOINT STIPULATED MOTION TO DISMISS ENTIRE CASE WITH PREJUDICE**<br><br>Honorable Cynthia Bashant |

TO THE UNITED STATES DISTRICT COURT FOR THE SOUTHERN DISTRICT OF CALIFORNIA:

Pursuant to Rule 41(a)(1) of the Federal Rules of Civil Procedure and Local Civil Rule 7.2, the parties to this action, Plaintiff and Counter-Defendant THE DEBTOR LIQUIDATION TRUST FOR GUE LIQUIDATION COMPANIES, INC., as successor-in-interest to PROVIDE COMMERCE, INC., Counter-Defendant QURATE RETAIL, INC. F/K/A Liberty Media Corporation, Defendant and Counter Claimant SENTRY INSURANCE A MUTUAL COMPANY, Defendants and Counter Defendants ACE CAPITAL LIMITED, ACE CAPITAL IV LIMITED, ACE CAPITAL V LIMITED, and BRIT UW LIMITED, and Defendants and Counter Defendants HARTFORD FIRE INSURANCE COMPANY, HARTFORD CASUALTY INSURANCE COMPANY, and HARTFORD INSURANCE COMPANY OF THE MIDWEST, by and through their respective attorneys of record hereby stipulate and agree that this entire action, including all counter-claims, shall be dismissed with prejudice pursuant to FRCP 41(a)(1) and Local Civil Rule 7.2, with each party to bear its own attorneys' fees and costs.

Pursuant to the parties' Stipulation, the parties to this action hereby move the Court to grant their request to have the entire case, including all counter-claims, dismissed with prejudice.

///
///
///
///
///
///

To that end, the parties have filed, concurrently herewith, a Proposed Order Granting the Parties' Joint Stipulated Motion and dismissing the case with prejudice.

Dated:  December 17, 2020

Respectfully submitted,

**REED SMITH**

By: */s/ Amber S. Finch*
AMBER S. FINCH
afinch@reedsmith.com
ASHLEY B. JORDAN
ajordan@reedsmith.com
Attorneys for Plaintiff and Counter-Defendant THE DEBTOR LIQUIDATION TRUST FOR GUE LIQUIDATION COMPANIES, INC., as successor-in-interest to PROVIDE COMMERCE, INC. and Counter-Defendant QURATE RETAIL, INC. F/K/A Liberty Media Corporation

Dated:  December 17, 2020

Respectfully submitted,

**SELMAN BREITMAN LLP**

By: */s/ Rachel E. Hobbs*
ALAN B. YUTER
ayuter@selmanlaw.com
RACHEL E. HOBBS
rhobbs@selmanlaw.com
Attorneys for Defendant SENTRY INSURANCE A MUTUAL COMPANY

| | |
|---|---|
| | Respectfully submitted, |
| Dated:  December 17, 2020 | **CLYDE & CO. US LLP** |
| | By: */s/ Sean Simpson* |
| |     Ralph A. Guirgis |
| |     ralph.guirgis@clydeco.us |
| |     Sean Simpson |
| |     Sean.Simpson@clydeco.us |
| | Attorneys for Defendants ACE CAPITAL LIMITED, ACE CAPITAL IV LIMITED, ACE CAPITAL V LIMITED, AND BRIT UW LIMITED |
| | Respectfully submitted, |
| Dated:  December 17, 2020 | **BERGER KAHN** |
| | By: */s/ Dale A. Amato* |
| |     Dale A. Amato |
| |     damato@bergerkahn.com |
| | Attorneys for Defendants HARTFORD FIRE INSURANCE COMPANY, HARTFORD CASUALTY INSURANCE COMPANY, and HARTFORD INSURANCE COMPANY OF THE MIDWEST |

REED SMITH LLP
A limited liability partnership formed in the State of Delaware

## SIGNATURE CERTIFICATION

Pursuant to section 2(f)(4) of the Electronic Case Filing Administrative Policies And Procedures Manual, I hereby certify that the content of this document is acceptable to counsel for the insurer parties, and that I have obtained Rachel Hobbs, Sean Simpson, and Dale Amato's authorization to affix their electronic signatures to this document.

Dated:  December 17, 2020

**REED SMITH**

By: */s/ Amber S. Finch*
    AMBER S. FINCH
    afinch@reedsmith.com
    ASHLEY B. JORDAN
    ajordan@reedsmith.com
Attorneys for Plaintiff and Counter-Defendant THE DEBTOR LIQUIDATION TRUST FOR GUE LIQUIDATION COMPANIES, INC., as successor-in-interest to PROVIDE COMMERCE, INC. and Counter-Defendant QURATE RETAIL, INC. F/K/A Liberty Media Corporation